JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

DANIELA ALEJANDRA
RODRIGUEZ RODRIGUEZ,

Petitioner,

v.

WARDEN ADELANTO ICE
PROCESSING CENTER, et al.,

Respondents.

No. 5:26-cv-01974-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted. Petitioner shall be released on the conditions of parole previously imposed.

DATED: ___MAY 5, 2026___

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE